IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**REGINALD EARLY**                                                                                                  **PETITIONER**

**VS.**                                               **5:09CV00009-WRW/HLJ**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                                              **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Henry L. Jones, Jr.[1]  No objections have been filed and the time for doing so has passed.

After considering the Recommended Disposition and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly Respondent's Motion to Dismiss (Doc. No. 5) is GRANTED, and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 3rd day of March, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 7.